# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buescher, Brian C. | United States District Court for the District of Nebraska | 05/11/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

111 S. 18th Plaza
Suite 3190
Omaha, NE 68102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | Kutak Rock LLP |
| 2.   Partner | ▨ cattle business |
| 3.   Member | Omaha Downtown YMCA Board of Directors |
| 4.   Member, Advisory Board | The Georgetown Journal of Legal Ethics |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Kutak Rock LLP Revised Partnership Agreement |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buescher, Brian C. | 05/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | Kutak Rock LLP - Partner Income | $215,925.00 |
| 2. 2019 | ▒ cattle business (disollution-assets distributed but no income) | $0.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | 12/07/2019 -12/14/2019 | Honolulu, HI | Law and Economics Seminar | hotel, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buescher, Brian C. | 05/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Kutak Rock LLP | Hosting of judicial investiture reception | $6,500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buescher, Brian C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br><br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br><br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br><br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br><br>(2)<br>Date<br>mm/dd/yy | <br><br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Vanguard Institutional Index Inst | A | Dividend | M | T | Buy (add'l) | 01/16/19 | J | | |
| 2. Dodge & Cox Stock Fund | A | Dividend | M | T | Buy (add'l) | 01/15/19 | J | | |
| 3. T Rowe Price QM US Sm Cap Growth Eqty | A | Dividend | M | T | | | | | |
| 4. (CL) Glenmede Small Cap Equity Port Inst | A | Dividend | L | T | | | | | |
| 5. Vanguard Total Bond Market Index Inst | A | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 6. Artison Mid Cap Instl | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 7. Vanguard Target Retirement 2040 Inv. | A | Dividend | J | T | | | | | |
| 8. Vanguard Mid-Cap Index Inst | A | Dividend | J | T | | | | | |
| 9. Knights of Columbus Life Insurance Policies (Whole) | A | Int./Div. | K | T | | | | | |
| 10. Microsoft Corp | A | Dividend | J | T | | | | | |
| 11. Nutrien Limited | A | Dividend | J | T | | | | | |
| 12. Vodafone Group PLC New | A | Dividend | J | T | | | | | |
| 13. Franklin Rising Dividends CL A | A | Dividend | J | T | | | | | |
| 14. Vanguard Total Stock Market Index (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 15. Vanguard Extended Market Index (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 16. Vangard Equity Income (Nebraska Educational Trust) | A | Dividend | J | T | Buy (add'l) | 12/26/19 | J | | |
| 17. Vanguard Short-Term Bond Index (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Buescher, Brian C.** | 05/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | T-Rowe Price Large Cap Growth (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy (add'l) | 12/27/19 | J | | |
| 19. | Vanguard Total Bond Market Index (Nebraska Educational Savings Trust) | A | Dividend | J | T | | | | | |
| 20. | State of Nebraska Retirement Plan-Nebraska Investment Council selects | B | Interest | K | T | | | | | |
| 21. | Tri-County Bank (NE) Learning Accounts | A | Interest | K | T | | | | | |
| 22. | Interest in ▨ cattle business | A | Distribution | | | Closed | | | | |
| 23. | Knights of Columbus Retirement Annuity (Fixed) | A | Int./Div. | K | T | | | | | |
| 24. | Kutak Rock LLP Equity in law firm | A | Int./Div. | | | Distributed | 08/30/19 | L | | |
| 25. | First National Bank of Omaha Accounts | A | Interest | K | T | | | | | |
| 26. | ▨ ranchland in Keya Paha County, Nebraska (assessed $657,530) | E | Rent | O | S | | | | | |
| 27. | Loomis Sales Bond Fund N | A | Dividend | L | T | Buy (add'l) | 01/15/19 | J | | |
| 28. | Investco Oppy Intl Small-Mid Comp R6(5) | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 29. | Oakmark International Instl | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 30. | Vanguard Total Intl Stock Index Inst | A | Dividend | K | T | Buy (add'l) | 01/15/19 | J | | |
| 31. | ishares Russell 200 Growth EFT | A | Dividend | | | Sold | 12/26/19 | J | | |
| 32. | First National Bank of Omaha Direct Account | B | Int./Div. | M | T | | | | | |
| 33. | Age Base Aggressive 15-16 (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy | 12/27/19 | J | | |
| 34. | Age Base Aggressive 15-16 (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy | 12/05/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Age Base Growth 15-16 (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy | 12/27/19 | J | | |
| 36. Age Base Growth 15-16 (Nebraska Educational Savings Trust) | A | Dividend | J | T | Buy | 12/05/19 | J | | |
| 37. Age base Aggressive 13-14 (Nebraska Educational Savings Trust) | A | Dividend | | | Sold | 12/05/19 | J | | |
| 38. Age Base Growth 13-14 (Nebraska Educational Savings Trust) | A | Dividend | | | Sold | 12/05/19 | J | | |
| 39. Age-Based Aggressive 11-12 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 40. Age-Based Growth 11-12 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 41. Age-Based Aggressive 9-10 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 42. Age-Based Aggressive 6-8 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 43. Vangard Equity Income (Nebraska Educational Trust) | A | Dividend | | | Sold | 12/26/19 | J | | |
| 44. Age-Based Growth 9-10 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 45. Age-Based Growth 3-5 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 46. Age-Based Aggressive 3-5 (Nebraska Educational Trust) | A | Dividend | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buescher, Brian C. | 05/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Buescher, Brian C. | 05/11/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian C. Buescher**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544